**Motion Granted; Affirmed in Part, Vacated in Part and Memorandum Opinion filed July 21, 2026**



In The

# Fifteenth Court of Appeals

## NO. 15-26-00030-CV

**GEORGE WAYNE BONORDEN, Appellant**

**V.**

**ST. PAUL CATHOLIC MEN'S FELLOWSHIP, INC., Appellee**

**On Appeal from the 21st District Court**
**Bastrop County, Texas**
**Trial Court Cause No. 2247-21**

## MEMORANDUM OPINION

This appeal arises from a dispute over ownership of a parcel of land in Bastrop. The trial court determined that St. Paul Catholic Men's Fellowship, Inc., owns 100% of the property and awarded the Fellowship attorney's fees. The parties filed a joint motion informing this Court that they settled their differences and requesting that we render judgment according to their agreement.[1] Specifically, they

---

[1] Tex. R. App. P. 42.1(a)(2)(A).

ask us to affirm the portion of the judgment determining ownership of the property and to vacate the award of attorney's fees. We grant their motion, and render judgment affirming the determination of ownership and vacating the fee award.

PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.